No. 87–1340. CITY OF PHILADELPHIA *v.* DISTRICT COUNCIL 33, AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL–CIO, BY STOUT, AS TRUSTEE AD LITEM, ET AL. Sup. Ct. Pa. Motion of petitioner to defer consideration of the petition for writ of certiorari denied. Certiorari denied. █

No. 87–6079. FREEMAN *v.* RIDEOUT. C. A. 2d Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari. █

No. 87–6113. BOOKER *v.* MISSISSIPPI. Sup. Ct. Miss.;
No. 87–6286. HARRISON *v.* GEORGIA. Sup. Ct. Ga.;
No. 87–6340. COHEN *v.* GEORGIA. Sup. Ct. Ga.; and
No. 87–6360. CLARK *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 87–6072. MARTIN *v.* PENNSYLVANIA BOARD OF LAW EXAMINERS ET AL., 484 U. S. 1071. Petition for rehearing denied.